**Steven GRIGGS, Appellant,**

v.

**State of MISSOURI; Jeremiah W. Nixon; Shelley A. Woods; Paul Wilson, Appellees.**

No. 10–1205.

United States Court of Appeals, Eighth Circuit.

Submitted: June 2, 2010.

Filed: June 7, 2010.

1. The HONORABLE DANIEL L. HOVLAND, United States District Judge for the District of North Dakota.

Steven M. Griggs, Fort Worth, TX, pro se.

Kathleen R. Robertson, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Steven Griggs appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. Upon de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we agree that dismissal was proper. *See* 25 U.S.C. § 305e(d)(3); *Delorme v. United States*, 354 F.3d 810, 815 (8th Cir. 2004). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, now retired.